01-15-00270-CR
01-15-00271-CR

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR 25 2015

CHRISTOPHER A. PRINE
CLERK

Rec'd
FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAR - 6 2015

CHRISTOPHER A. PRINE
CLERK

Cause No. 1451849/1451850

The State Of Texas x In The 1st Court of
        vs          x Appeals In Houston
Kenneth Leaks    x Texas

## REQUEST TO WITHDRAW APPEAL

I Appealtant in the above captioned cause, was convicted of Felon In Possession Of Firearm/ Evading Arrest or Detention-Second Offender and gave notice of appeal.

I do not wish to futher prosecute this appeal and request that the notice of appeal be withdrawn.

_____
APPELANT

Subscribed and sworn before me this __1__ day of March, 2015

_____
Notary Public/Deputy
District Clerk of Harris
County, Texas

Cause No. 145,849/ 145,850

"I Kenneth Leaks, being presently incarcerated in the Harris County Jail in Harris County, Texas, declared under penalty of perjury that the foregoing is true and correct"

March 1 , 2015


_Kenneth Leaks_
DEFENDANT

DATE OF BIRTH  09/18/86

SOCIAL SECURITY
#
SPN # 02061723

Cause No. 1451849/1451850

## ORDER

BE IT REMEMBRED, that on this __1__ day of March, 2015, came onto be considered the above Request to Withdraw which have been only considered by the Court is hereby

GRANTED _____

DENIED _____

_____
JUDGE PRESIDING